JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS ANTONIO GARCIA,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF RIVERSIDE,<br><br>    Defendant. | NO. EDCV 15-922-DMG (KS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: December 11, 2015

                                                                                      _____
                                                                                       DOLLY M. GEE
                                                                                       UNITED STATES DISTRICT JUDGE